RICHARD STEGEMANN v. BOARD OF EDUCATION OF
THE TOWNSHIP OF UNION.

March 22, 1982.

Petition for certification denied.

NEW JERSEY NATIONAL BANK v. AUDRE GARNER.

March 22, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. EMIL ESA.

March 22, 1982.

Petition for certification denied.